Charles R. WOMACK, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 16, 1953.

L. B. Alexander, E. Palmer James, Paducah, for appellant.

J. D. Buckman, Atty. Gen., W. Owen Keller, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the McCracken Circuit Court by Charles R. Womack from a judgment convicting him of the common law offense of indecent exposure and fixing his punishment at a fine of $500 and confinement for three months in jail.

A consideration of the record discloses no error prejudicial to appellant's substantial rights and the judgment is affirmed.